## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 6/1/10**

**In re:   Case No.:   10–22060 RAG      Chapter:   7**

Tina Aviles Anderson
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT:                 **Voluntary Petition**

PROBLEM:                  **The following pleadings are missing.**

CURE:                     **All of these pleadings must be filed by the date shown below.**

                          **Cred. Counsel Cert. Due due 06/11/2010**

CONSEQUENCE:              **If the problem is not cured by the date below,**
                          **YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.**

This notice is issued pursuant to:   **11 U.S.C. § 521**
                                     **Federal Rule of Bankruptcy Procedure 1007**

**All deficiencies must be cured by 6/11/10.**

**Additional information for non–attorney filers is available at www.mdb.uscourts.gov/RL_prose.aspx.**

                                        Mark D. Sammons, Clerk of Court
                                        by Deputy Clerk, M Rybczynski410–962–4255

cc:   Debtor(s)
      Attorney for Debtor(s) – Adam M. Freiman

                                                        Form ntcddl (03/05)